# EXHIBIT A

| Approved, SCAO | Original - Court<br>1st copy - Defendant | | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|---|
| **STATE OF MICHIGAN**<br>16th JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY PROBATE | | **SUMMONS** | **CASE NO.**<br>21- 003214 -NO |

Court address: 40 N Main St, Mt Clemens, MI 48043

Court telephone no.: (586) 469-7171

**Plaintiff's name(s), address(es), and telephone no(s).**
LINDA THOMPSON
c/o Plaintiff's Attorney

v

**Defendant's name(s), address(es), and telephone no(s).**
Defendant 1: MENARDS
32501 Van Dyke Ave.
Warren, MI 48093

Defendant 2: JOHN DOE
32501 Van Dyke Ave.
Warren, MI 48093

**Plaintiff's attorney, bar no., address, and telephone no.**
Thomas G. Krall (P75303)
Cahalan & Krall, PLLC
26640 Harper Avenue
St. Clair Shores, MI 48081
(586) 299-1300

Instructions: Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**
☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.
☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (form MC 21) listing those cases.
☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**
☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).
☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ _____ Court, where it was given case number _____ and assigned to Judge _____

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk. **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

Issue date: 8/30/21  Expiration date*: 11/29/21  Court clerk: /s/ ANTHONY G. FORLINI COUNTY CLERK

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (9/19) **SUMMONS**  MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

Michael Hernandez v. Harrison Tap, Inc. d/b/a Sand Bar & Sports Grille
16th Circuit Court

**PROOF OF SERVICE**

**SUMMONS** Case No. 21-___-NO

TO PROCESS SERVER: You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

**CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE**

☐ **OFFICER CERTIFICATE**
I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that: (notarization not required)

OR

☐ **AFFIDAVIT OF PROCESS SERVER**
Being first duly sworn, I state that I am a legally competent adult, and I am not a party or an officer of a corporate party (MCR 2.103[A]), and that: (notarization required)

☐ I served personally a copy of the summons and complaint,
☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint,

together with _____
List all documents served with the summons and complaint
_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| MENDARDS | 32501 Van Dyke Ave. Warren, MI 48093 | |
| JOHN DOE | 32501 Van Dyke Ave. Warren, MI 48093 | |
| | | |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |
| | | |

I declare under the penalties of perjury that this proof of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled Fee $ | | Signature |
|---|---|---|---|
| Incorrect address fee $ | Miles traveled Fee $ | TOTAL FEE $ | Name (type or print) |

Title

Subscribed and sworn to before me on _____, Macomb _____ County, Michigan.
Date

My commission expires: _____ Signature: _____
Date                              Deputy court clerk/Notary public

Notary public, State of Michigan, County of Macomb _____

**ACKNOWLEDGMENT OF SERVICE**

I acknowledge that I have received service of the summons and complaint, together with _____
Attachments
_____ on _____
Day, date, time
_____, on behalf of _____.
Signature

FILED by Macomb County Circuit Court
8/30/2021

2021-003214-NO
THOMPSON, LINDA

## STATE OF MICHIGAN
## IN THE 16th CIRCUIT COURT FOR THE COUNTY OF MACOMB

LINDA THOMPSON,
    Plaintiff,

v.

MENDARDS,
a Domestic Limited Liability Company
and
JOHN DOE,
    Defendants.

Case No: 21- 003214 -NO
HON. RICHARD CARETTI

---

THOMAS G. KRALL (P 75303)
Attorney for Plaintiff
26640 Harper Ave.
St. Clair Shores, MI 48080
General Line: 888.465.7255

---

There is no other civil action between these parties arising out of the same transaction or occurrence as alleged in this Complaint pending in this court, nor has any such action been previously filed and dismissed or transferred after having been assigned to a judge, nor do I know of any civil action, not between these parties arising out of the same transaction or occurrence as alleged in this Complaint that is either pending or was previously filed and dismissed, transferred, or otherwise disposed of after having been assigned to a judge in this Court.

                                    /s/ *Thomas G. Krall*
                                    Thomas G. Krall (P 75303)
                                    Attorney for the Plaintiff

## COMPLAINT

Plaintiff, LINDA THOMPSON, by and through his attorney, THOMAS G. KRALL, for his complaint against Defendant, MENARDS, and JOHN DOE states as follows:

### JURISDICTION

1.     Defendant, MENARDS, does business in the County of Macomb, State of Michigan.

2.     Defendant, JOHN DOE does business in the County of Macomb, State of Michigan.

3.     Plaintiff LINDA THOMPSON is an individual that resides in the County of Wayne, Michigan.

CAHALAN & KRALL, PLLC
ATTORNEYS & COUNSELORS
26640 HARPER AVENUE, SAINT CLAIR SHORES, MI 48081 • (586) 299-1300

4. The events giving rise to this cause of action occurred within Macomb County, Michigan.

5. The amount in controversy is greater than $25,000.00.

## COMMON ALLEGATIONS

6. Plaintiff re-incorporates paragraphs 1-5 as if fully set forth herein.

7. Defendant, MENARDS and JOHN DOE, were responsible for maintaining the area where wires were sold and cut for customers.

8. Defendant, MENARDS and JOHN DOE, and its agents were obligated to provide a safe environment for all invitees and to warn invitees of any hazardous conditions.

9. On or around March 14, 2021, Plaintiff was getting a piece of wire cut that she was going to purchase. While JOHN DOE was cutting the wire, the wire flew up in the air, striking Plaintiff and severely injuring her.

10. MENARDS and JOHN DOE's failure to fulfill their duties to warn Plaintiff that the wire could injure her caused Plaintiff severe injury.

11. Defendant knew or should have known that cutting wire near the customers and invitees cause severe injury to anyone standing near.

12. The Defendant failed to place a sign warning Plaintiff or other invitees of the hazardous conditions that cutting wires could cause.

## COUNT I – NEGLIGENCE

13. Plaintiff incorporates by reference paragraphs 1 through 12.

14. That on or around March 14, 2021, Plaintiff LINDA THOMPSON was an invitee at MENARDS's property, controlled by Defendant MENARDS and JOHN DOE. Defendant MENARDS and JOHN DOE failed to prevent the wire from flying into the air, striking invitees, and causing severe injury.

15. The Defendants, MENARDS and JOHN DOE had the following duties:

    (a) Appropriately hire and retain employees and/or agents;
    (c) To provide reasonable security and safety to Plaintiff;
    (d) To provide reasonable care in the selection and retention and training of their employees and/or agents;
    (e) To retain only those employees and/or agents who are competent;
    (d) to only allow Defendant's agents who are properly trained and experienced to work for defendants.

16. The Defendants, MENARDS and JOHN DOE, breached these aforementioned duties.

2

17. That the proximate cause of Plaintiff's damages was the result of Defendants' breach of the duties owed to Plaintiff.

18. The Plaintiff suffered severe and extreme, emotional and physical injuries.

19. Solely as a result of the injuries caused by the aforementioned, Plaintiff has incurred damages, including:

    a. Medical expenses;
    b. She has suffered great pain, inconvenience, embarrassment, and mental anguish;
    c. Her overall health, strength, and vitality have been greatly impaired.

WHEREFORE, the Plaintiff, LINDA THOMPSON hereby demands a judgment against the Defendants, jointly and severally, in whatever amount she is found to be entitled that is in excess of Twenty-Five Thousand ($25,000.00) Dollars, together with costs, interest, attorney fees and any other remedy the Court deems just and proper.

## COUNT II-RESPONDEAT SUPERIOR

20. Plaintiff incorporates by reference paragraphs 1 through 19.

21. The Defendants MENARDS's agents, JOHN DOE, that was the proximate cause of the Plaintiff's harm, were under the exclusive control of Defendants MENARDS's.

22. The Defendant MENARDS's agents, who harmed the Plaintiff had actual and apparent authority of the Defendants to control the at the premises.

23. As a direct and proximate result of Defendants MENARDS's negligent act or the employee/agents' negligent actions, the Plaintiff sustained serious injuries.

24. As a direct and proximate result of the Defendants' agent's actions, the Plaintiff sustained serious injuries.

25 Solely as a result of the injuries caused by the aforementioned, Plaintiff has incurred damages, including:

    a. Medical expenses;
    b. She has suffered great pain, inconvenience, embarrassment, and mental anguish;

WHEREFORE, the Plaintiff, LINDA THOMPSON, hereby demands a judgment against the Defendants, jointly and severally, in whatever amount she is found to be entitled that is in excess of Twenty-Five Thousand ($25,000.00) Dollars, together with costs, interest, attorney fees and any other remedy the Court deems just and proper.

CAHALAN & KRALL, PLLC
ATTORNEYS & COUNSELORS
26640 HARPER AVENUE, SAINT CLAIR SHORES, MI 48081 • (586) 299-1300

3

### COUNT III-VICARIOUS LIABILITY/IMMPUTED NEGLIGENCE
### AND PRINCIPAL-AGENT RELATIONSHIP

26. Plaintiff incorporates by reference paragraphs 1 through 25.

27. At all relevant times, the agents who harmed the Plaintiff were acting within the scope of and under the actual and/or apparent authority of the Defendants, MENARDS, and caused the Plaintiff serious injuries.

WHEREFORE, the Plaintiff, LINDA THOMPSON, hereby demands a judgment against the Defendants, jointly and severally, in whatever amount she is found to be entitled that is in excess of Twenty-Five Thousand ($25,000.00) Dollars, together with costs, interest, attorney fees and any other remedy the Court deems just and proper.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands a judgment against Defendant, in whatever amount in excess of $25,000.00 to which they are found to be entitled, plus costs, interest and reasonable attorney fees, and such other and further relief as the Court may deem just and equitable.

Date: August 30, 2021                    Respectfully submitted,

                                         /s/ Thomas G. Krall
                                         Thomas G. Krall (P75303)
                                         Attorney for Plaintiff
                                         26640 Harper Avenue
                                         St. Clair Shores, MI 48081

CAHALAN & KRALL, PLLC
ATTORNEYS & COUNSELORS
26640 HARPER AVENUE, SAINT CLAIR SHORES, MI 48081 • (586) 299-1300

4

**STATE OF MICHIGAN**
**IN THE 16th CIRCUIT COURT FOR THE COUNTY OF MACOMB**

LINDA THOMPSON,
    Plaintiff,

v.

MENDARDS,
a Domestic Limited Liability Company
and
JOHN DOE,
    Defendants.

Case No: 21- 003214 -NO
HON. RICHARD CARETTI

/

THOMAS G. KRALL (P 75303)
Attorney for Plaintiff
26640 Harper Ave.
St. Clair Shores, MI 48080
General Line: 888.465.7255

/

### JURY DEMAND

NOW COMES Plaintiff, by and through counsel CAHALAN & KRALL, PLLC and hereby demands a trial by jury to hear all claims.

August 30, 2021

Cahalan & Krall, PLLC

/s/ *Thomas G. Krall*
Thomas G. Krall
Attorney for the Plaintiff

CAHALAN & KRALL, PLLC
ATTORNEYS & COUNSELORS
26640 HARPER AVENUE, SAINT CLAIR SHORES, MI 48081 · (586) 299-1300

$11.60
US POSTAGE
FIRST-CLASS
062S0012583490
FROM 48081

METROPLEX MI 480
3 SEP 2021 PM 8 L

Cahalan & Krall
Attorneys at Law
26640 Harper Avenue
Saint Clair Shores, MI 48081

Menard, Inc.
c/o United States Corporation Company
2900 West Road, Ste 500
East Lansing, MI 48823

CERTIFIED MAIL

7020 2450 0001 5218 3116